1

2

3

4

5

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   RANDY JAMES GEREN,                    No. CIV S-10-0206-GEB CMK-P

12                Plaintiff,

13        vs.                              ORDER

14   MATTHEW CATE, et al.,

15                Defendants.

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for appointment of counsel

19   (Doc. 3).  The United States Supreme Court has ruled that district courts lack authority to require

20   counsel to represent indigent prisoners in § 1983 cases.  See Mallard v. United States Dist. Court,

21   490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the

22   voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  See Terrell v. Brewer, 935

23   F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

24   In the present case, the court does not at this time find the required exceptional circumstances.

25   / / /

26   / / /

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel (Doc. 3) is denied.


DATED: April 8, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE