IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY JAMES GEREN, | No. CIV S-10-0206-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW CATE, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to the court by the Ninth Circuit Court of Appeals to certify whether the appeal is taken in good faith.  <u>See</u> 28 U.S.C. § 1915(a)(3).

      Having reviewed the entire file, the court concludes that the appeal is <u>not</u> taken in good faith.  For the reasons stated in the court's October 19, 2011, findings and recommendations, plaintiff has not stated a claim upon which relief can be granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    This appeal is frivolous and <u>not</u> taken in good faith;

      2.    Plaintiff's in forma pauperis status is appropriately revoked; and

///

3. The Clerk of the Court is directed to serve a copy of this order on the Pro Se Unit at the Ninth Circuit Court of Appeals.

Dated: November 1, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge